File Hashes for IP Address 71.127.211.250

**ISP:** Verizon FiOS
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/09/2014 18:16:57 | BC31032A7CAA0801ADB71BC4C2354777EBE11CED | Raw Passion |
| 07/25/2014 00:38:39 | 61C6B894FC9D577FC3C630535621FF80874FF77A | Yours Forever |
| 07/25/2014 00:31:33 | 272D6D24D6A181E538B62F29AFF26C824D4D5730 | Enjoy My Backdoor |
| 07/24/2014 23:46:22 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 07/24/2014 19:51:43 | 53FDCC532176466BE56AD3619036F6EB2B26D302 | Go Down On Me |
| 05/31/2014 05:06:20 | 413A350A026E2C7A7754CD3A35A698FFCB848C60 | Epic Love |
| 05/26/2014 13:39:57 | 4F1CFB5F635480CEEF3DF3E06FAC606519C5BE81 | Meet My Lover From Austria |
| 05/26/2014 13:29:30 | CC0ED2E7CE69BDFD4513F73A30FC6FBC2B54C260 | Good Night Kiss |
| 05/26/2014 03:47:28 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |
| 05/24/2014 18:07:36 | F1621D2B5FAA4D908AF1D7819E91330552105F3F | Rope Priority |
| 04/22/2014 11:21:15 | 5A32FD3C0E372FAC923B4A9037A0F5457ED1B6A3 | Double Tease |
| 04/15/2014 03:14:24 | 71F1A14AA109B0752212A3D353C1D0E0DB1CB339 | Not Alone |
| 04/15/2014 02:53:03 | 3F2E37A763A18F3A57E77B0DC5FAD3D29836512B | Floating Emotions |
| 04/03/2014 23:04:01 | 868B74C1C826E48686069DE839ECF9758E8D62BA | My Days in Rome |
| 03/16/2014 02:11:20 | 5BB2BAF9CF83926F141E1B1799A148B12DD0835C | All Oiled Up |
| 03/08/2014 23:54:50 | B9EDEABF6D94BCBBA116597A51D3D70C199063B8 | Ready for Love |
| 03/06/2014 05:35:57 | 3B83D082CA71233A6BE45D9B41B0D9079C10067D | Pretty Little Belle |
| 02/27/2014 12:48:07 | 153F7369BFD253CD5DC71E6CED52F48BA232F7BD | Mile High Club |
| 02/27/2014 12:10:59 | 85824F61826256A4B313709DE2F1F5990AEDDCB2 | So Young |
| 02/27/2014 11:56:28 | 729B82F19F029D60B59C56A9CEAB84B66EFFB350 | A Hot Number |
| 02/27/2014 09:05:48 | 7EE93936BC2E71A5EF38B559E7982FCFF5530D5D | Submissive Seduction |
| 02/27/2014 08:25:53 | D79B1150FBAAEC3D556F44FDBC131D4A1B3F521F | Feeling Frisky |

EXHIBIT A

CNJ154

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/18/2014 19:06:04 | 45D97CA1D32856936BE273E5AE2105C90F0DE47C | Apertif Our Style |
| 01/18/2014 04:34:16 | 6465E8E0E83658C51610B474C53CC32142F77DA5 | No Turning Back Part #1 |
| 01/18/2014 04:12:26 | 2C78E17E90A6065C5500659FDDB52CA0E0477FA7 | And Then There Was You |
| 01/18/2014 04:00:02 | 989B0C60790EA84D580ED3741B360C2941AE68DB | No Turning Back Part #2 |
| 01/15/2014 13:52:47 | 308914A95100215F6E03926B12FB857B82870B1F | Love at First Sight |
| 01/15/2014 05:57:15 | 8FDED25C16EB1C98D5BDDBAB18BAED076E4A8764 | Getting Ready For You |
| 01/13/2014 02:39:53 | C4C01C14C69576A79968B2F922836AD3814B7644 | Playing Dress Up |
| 12/15/2013 05:56:18 | 38BF7C0981772462AB9505B5D0BB8516BC48A53E | In Bed |
| 12/15/2013 05:35:47 | 53F9E0BD58B2006ADA9503BFD9D96221EED92D57 | Come To My Window |
| 12/09/2013 13:42:56 | 5C4CB41BEFEECDC661185DD4D14EE32D348A2F55 | So Right Its Wrong |
| 12/09/2013 08:38:25 | CC84159BDEB4D02AABE6A192DDD791D377B41859 | Many Shades of Grey |

**Total Statutory Claims Against Defendant: 33**

EXHIBIT A

CNJ154