**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                             Civil Action No. 2:14-cv-05959-SDW-SCM

JOHN DOE, subscriber assigned IP address
71.127.211.250,

    Defendant,

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 71.127.211.250. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated: December 16, 2014

                                            Respectfully submitted,
                                            By:   /s/ *Patrick J. Cerillo*
                                            Patrick J. Cerillo
                                            pjcerillolaw@comcast.net
                                            4 Walter Foran Blvd.
                                            Suite 402
                                            Flemington, NJ 08822
                                            Attorney ID No.: 01481-1980
                                            Telephone: (908) 284-0997
                                            Facsimile: (908) 284-0915

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 16, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *Patrick J. Cerillo*
                  Patrick J. Cerillo